UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**SHAYLA JEFFERSON-JAMES**                          **CASE NO. 6:24-CV-00068**

**VERSUS**                                                          **JUDGE ROBERT R. SUMMERHAYS**

**MERCANTILE ADJUSTMENT**                    **MAGISTRATE JUDGE DAVID J. AYO**
**BUREAU, LLC**

## JUDGMENT

For the reasons stated in the Report and Recommendation ("R&R") of the Magistrate Judge previously filed herein, and having determined that the findings are correct under the applicable law and noting the absence of objections to the R&R,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [ECF No. 12] filed by Defendant, Mercantile Adjustment Bureau, LLC, be GRANTED, and all claims in this matter are DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 29th day of January, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE